UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 16-10176-LTS

UNITED STATES OF AMERICA

v.

CHARLES TOWERS

## ORDER OF VOLUNTARY DETENTION

December 14, 2018

Boal, M.J.

The defendant is charged in a petition with violations of his supervised release conditions. An initial appearance was held on December 14, 2018, at which time the government sought detention pending a revocation hearing before the U.S. District Judge to whom this case is assigned.

The defendant's counsel represented that the defendant elected to voluntarily waive his right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1)(A) and also elected to voluntarily consent to detention without prejudice.

Accordingly, it is ORDERED that the defendant be DETAINED pending completion of a hearing on the revocation of supervised release pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), and is further ORDERED that:

(1) the defendant be committed to the custody of the Attorney General for confinement in a corrections facility;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a full detention hearing and the setting of conditions of release, regardless of whether there have been changed circumstances. The defendant may seek review of this order by filing a motion for revocation or amendment pursuant to 18 U.S.C. § 3145(b).

    /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge